No. 589. C. W. BLAKESLEE & SONS, INC., ET AL. *v.* UNITED STATES. February 5, 1940. Motion to remand, and petition for writ of certiorari to the Court of Claims, denied. *Mr. Raymond E. Hackett* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Robert K. McConnaughey* for the United States.

No. 615. AMERICAN FEDERATION OF LABOR ET AL. *v.* SWING ET AL. February 5, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied for the want of a final judgment. *Messrs. Walter F. Dodd* and *Daniel D. Carmell* for petitioners. *Messrs. Samuel A. Rinella* and *Myer N. Rosengard* for respondents.

No. 599. SANFORD CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 606. LEE, TRADING AS VITAMIN PRODUCTS Co., *v.* UNITED STATES. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis E. McGovern* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *Benjamin M. Parker* for the United States.